UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:02-cr-363-T-23MAP

OLIVER J. GAUSE
_____/

## **ORDER**

On January 31, 2007, the United States Probation Office filed a January 18, 2007, petition for revocation of the defendant's supervised release (Doc. 32).[*] At the hearing on January 31, 2007, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Robert Mosakowski represented the United States.

The defendant admits committing the six Grade C violations described in numbered paragraphs one through six of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to eight (8) months of imprisonment with no supervised release to follow. The court recommends confinement at FPC Pensacola, Florida.

---

[*] The defendant having pled guilty to count one of an indictment, the court imposed a sentence on July 1, 2003, of fifteen months of imprisonment and thirty-six months of supervised release.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on February 2, 2007.

                                                    STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE

cc:    United States Marshal
       United States Probation
       Counsel of Record